**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOSE MONGE.,** *et al.* ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-828-BAH |
| ) | |
| ) | |
| **J.O. PAINTING COMPANY, INC,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**NOTICE OF SETTLEMENT AND STIPULATION**
**FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS**

The parties in the above-captioned matter, by and through their undersigned counsel, respectfully submit the following stipulated motion to extend by 28 days the time in which Plaintiffs may file their response to Defendants' Motion to Dismiss until November 1, 2013. The basis for the motion is that the parties have reached a settlement of this case in principle but need time to finalize and fully execute the settlement documents.

Dated: October 3, 2013

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| /s/ Gregg C. Greenberg | /s/ Erik N. Frias . |
| Gregg Greenberg, Bar No. MD 17291 | Erik N. Frias |
| The Zipin Law Firm, LLC | DC Bar No. 488384 |
| 836 Bonifant Street | Frias & Daisy, LLP |
| Silver Spring, Maryland 20910 | 21441 Pacific Boulevard |
| (301) 587-9373 | Suite 250 |
| (301) 587-9397 (fax) | Dulles, Virginia 20166 |
| ggreenberg@zipinlaw.com | (703) 766-6515 |
| *Counsel for Plaintiffs* | (703) 766-6501 (fax) |
| | Erik.frias@daisylaw.com |
| | *Counsel for Defendants* |