**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSE MONGE., *et al.* | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | )  Civil Action No. 1:13-cv-828-BAH |
| | ) |
| J.O. PAINTING COMPANY, INC, *et al.* | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

## JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE

The Parties have reached an arms-length settlement of all claims alleged by Plaintiffs against Defendants in this action. To this end, the parties request the Court dismiss Plaintiffs' claims against Defendants, with prejudice.

Dated: October 31, 2013

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
|   /s/ Gregg C. Greenberg |   /s/ Erik N. Frias   . |
| Gregg Greenberg, Bar No. MD 17291 | Erik N. Frias |
| The Zipin Law Firm, LLC | DC Bar No. 488384 |
| 836 Bonifant Street | Frias & Daisy, LLP |
| Silver Spring, Maryland 20910 | 21441 Pacific Boulevard |
| (301) 587-9373 | Suite 250 |
| (301) 587-9397 (fax) | Dulles, Virginia 20166 |
| ggreenberg@zipinlaw.com | (703) 766-6515 |
| *Counsel for Plaintiffs* | (703) 766-6501 (fax) |
| | Erik.frias@daisylaw.com |
| | *Counsel for Defendants* |

#